Rec #3957

MN-305

RECEIVED

**UNITED STATES BANKRUPTCY COURT**  11 JUN 27 PM 2: 57
**DISTRICT OF MINNESOTA**

U.S. BANKRUPTCY COURT
ST. PAUL, MN

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Jacqueline L. Jarosz
Chapter 7 Case No. 09-38723

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | 4 | 7069.49 | 3.81 |
| Sampson Well Company 6901 167th Ave NW, Forest Lake, MN 55025 | 6 | 5048.10 | 2.72 |
| Acme Brick Company 3024 Acme Brick Plaza Fort Worth, TX 76109 | 12 | 2249.48 | 1.21 |
| Total | | | $7.74 |

Date: June 27, 2011

_____
Trustee